IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COURTNEY A.,

Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

Defendant.

No. 3:24-cv-01939-HZ

ORDER

HERNÁNDEZ, Senior Judge:

Plaintiff Courtney A. brought this action seeking review of the Commissioner's final decision to deny Supplemental Security Income and Disability Insurance Benefits. On May 13, 2026, the Court reversed the Commissioner's decision and ordered that the case be remanded for an award of benefits. Op. & Order, ECF 17. Judgment was also entered on that date. J., ECF 18. On August 3, 2026, Plaintiff received notice of her award for benefits. Pl. Mot. Ex. A, ECF 23-1.

Plaintiff now seeks an award of fees of $16,165.75 pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 23. Defendant has no objection to the request. *Id.* The Court has reviewed the record

in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion [23] and awards Plaintiff's counsel $16,165.75 in attorney's fees under 42 U.S.C. § 406(b). When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the $6,564.89 previously received under EAJA and send Plaintiff's attorney the balance of $9,600.86 less any applicable processing fees as allowed by statute. Any amount withheld after all administrative and court attorney's fees are paid should be released to Plaintiff.

IT IS SO ORDERED.

DATED: August 29, 2026.

Marco Hernández

MARCO A. HERNÁNDEZ
United States Senior District Judge